# Exhibit A

Case 1:26-cv-04318    Document 1-1    Filed 05/22/26    Page 2 of 8

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

|  |  |
|---|---|
| ACG CAPITAL COMPANY, LLC, ACG ARRANGEMENT SERVICES LLC, MODERN ART SERVICES, LLC, PEGASUS CREDIT COMPANY LLC, STUBBS HOLDINGS LLC, and IAN S. PECK,<br><br>Plaintiffs,<br><br>-against-<br><br>M. ZACHARY BLUESTONE, BLUESTONE, P.C., GLUCK BLUESTONE, P.C., GARY GREENBERG, ART FUND III LLC, COLORADO ART HOLDINGS LLC, GB FUND LLC, LOANS ON FINE ART LLC, and LOTUS INVESTMENT CORP.,<br><br>Defendants. | Index No. _____<br><br><br><br><br><br>**SUMMONS WITH NOTICE** |

To the above-named Defendants:

**YOU ARE HEREBY SUMMONED** to appear in this action and to serve a copy of your answer on the attorneys for the Plaintiffs within twenty (20) days after service of this Summons, exclusive of the day of service; or otherwise as provided by law as indicated below. If this summons is served by delivery to any person other than you personally, or is served outside the State of New York, or by publication, or by any means other than personal delivery to you within the State of New York, you are allowed thirty (30) days after proof of service thereof is filed with the Clerk of this Court within which to appear and answer. In case of your failure to answer, judgment will be taken against you by default in the amount of **$20,000,000**.

Take notice that the nature of this action and the relief sought includes defamation, breach of contract and slander of title.

The basis for venue in this action is CPLR §§ 503(a). Plaintiffs have their principal places of business in the jurisdiction.

**Defendant's Addresses:**

M. Zachary Bluestone, Bluestone, P.C., 52 Duane St., Ste 900, New York, NY 10007

Bluestone, P.C., 52 Duane St., Ste 900, New York, NY 10007

Gluck Bluestone, P.C., 52 Duane St., Ste 900, New York, NY 10007

Gary Greenbert, 1420 So. Filbert Way, Denver, CO 80222

Art Fund III LLC, 1420 So. Filbert Way, Denver, CO 80222, Attn: Gary Greenberg

Colorado Art Holdings LLC, 1420 So. Filbert Way, Denver, CO 80222, Attn: Gary Greenberg

GB Fund LLC, 1420 So. Filbert Way, Denver, CO 80222, Attn: Gary Greenberg

Loans on Fine Art LLC, 1420 So. Filbert Way, Denver, CO 80222, Attn: Gary Greenberg

Lotus Investment Corp., 1420 So. Filbert Way, Denver, CO 80222, Attn: Gary Greenberg

DATED:   New York,
         January 29, 2026

By: */s/ Adam Katz*

**Adam Katz**
GOLDBERG SEGALLA LLP
711 3rd Avenue, Suite 1900
New York,  NY 10017
T: 646.292.8787
E: akatz@goldbergsegalla.com

*Attorneys for Plaintiffs*

-2-

Case 1:26-cv-04318    Document 1-1    Filed 05/22/26    Page 4 of 8

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

|  |  |
|---|---|
| ACG CAPITAL COMPANY, LLC, ACG ARRANGEMENT SERVICES LLC, MODERN ART SERVICES, LLC, PEGASUS CREDIT COMPANY LLC, STUBBS HOLDINGS LLC, and IAN S. PECK,<br><br>     Plaintiffs,<br><br>  -against-<br><br>M. ZACHARY BLUESTONE, BLUESTONE, P.C., GLUCK BLUESTONE, P.C., GARY GREENBERG, ART FUND III LLC, COLORADO ART HOLDINGS LLC, GB FUND LLC, LOANS ON FINE ART LLC, and LOTUS INVESTMENT CORP.,<br><br>     Defendants. | Index No. 650666/2026<br><br>**AMENDED SUMMONS WITH NOTICE** |

To the above-named Defendants:

**YOU ARE HEREBY SUMMONED** to appear in this action and to serve a copy of your answer on the attorneys for the Plaintiffs within twenty (20) days after service of this Summons, exclusive of the day of service; or otherwise as provided by law as indicated below. If this summons is served by delivery to any person other than you personally, or is served outside the State of New York, or by publication, or by any means other than personal delivery to you within the State of New York, you are allowed thirty (30) days after proof of service thereof is filed with the Clerk of this Court within which to appear and answer. In case of your failure to answer, judgment will be taken against you by default in the amount of **$20,000,000**.

Take notice that the nature of this action and the relief sought includes defamation and slander of title.

The basis for venue in this action is CPLR §§ 503(a). Plaintiffs have their principal places of business in the jurisdiction.

-2-

**Defendant's Addresses:**

M. Zachary Bluestone, Bluestone, P.C., 52 Duane St., Ste 900, New York, NY 10007

Bluestone, P.C., 52 Duane St., Ste 900, New York, NY 10007

Gluck Bluestone, P.C., 52 Duane St., Ste 900, New York, NY 10007


DATED:   New York,
            March 13, 2026


                                    By: */s/ Adam Katz*

                                    **Adam Katz**
                                    GOLDBERG SEGALLA LLP
                                    711 3rd Avenue, Suite 1900
                                    New York,  NY 10017
                                    T: 646.292.8787
                                    E: akatz@goldbergsegalla.com

                                    *Attorneys for Plaintiffs*

-2-

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

Attorney: GOLDBERGSEGALLA
Address: 50 MAIN STREET, STE#425 WHITE PLAINS, NY 10606

| | |
|---|---|
| ACG CAPITAL COMPANY, LLC, ACG ARRANGEMENT SERVICES LLC, MODERN ART SERVICES, LLC, PEGASUS CREDIT COMPANY LLC, STUBBS HOLDING LLC, AND IAN S. PECK<br><br>                                          *Plaintiff*<br>VS<br>M. ZACHARY BLUESTONE, BLUESTONE, P.C., GLUCK BLUESTONE, P.C., GARY GREENBERG, ART FUND III LLC, COLORADO ART HOLDINGS LLC, GB FUND LLC, LOANS ON FINE ART LLC, AND LOTUS INVESTMENT CORP.<br>                                          *Defendant* | INDEX #: 650666/2026<br><br>Date Filed: 03/13/2026<br><br>Client's File No.: acg capital company v m zachary bluestone |

## SECRETARY OF STATE - AFFIRMATION OF SERVICE

Nathaniel Crespo, affirms and says:

Affirmant is over the age of (18) years; affirmant is not a party herein; that on **04/23/2026**, at **12:48 PM**, at the office of the Secretary of State of the State of New York located at 99 Washington Avenue, Albany, NY 12210, affirmant served the annexed

**Amended Summons with Notice**

on: **GLUCK BLUESTONE, P.C.**, Defendant in this action

By delivering to and leaving with **MARYIA MAISEYEVA** AUTHORIZED AGENT in the Office of the Secretary of State of the State of New York, personally at the Office of the Secretary of State of the State of New York, 2 copies thereof and that at the time of making such service, affirmant paid said Secretary of State a fee of $40.00 dollars; that said service was made pursuant to Section 306 BCL.

The Index No. and the date the action was filed were clearly marked and visible to the defendant. Affirmant

further says that affirmant knew the person so served as aforesaid to be the agent in the Office of the Secretary of State

of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: **Gender**: Female **Race**: White **Color of hair**: Blonde **Age**: 22 - 35 Yrs. **Height**: 5ft 0in -

5ft 3in **Weight**: 100-130 Lbs. **Other Features**:

I affirm on __4|24__, 20__26__ under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Nathaniel Crespo

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
---------------------------------------------------------------- x

ACG CAPITAL COMPANY, LLC,                        Index No.: 650666/2026
ACG ARRANGEMENT SERVICES LLC,
MODERN ART SERVICES, LLC,
PEGASUS CREDIT COMPANY LLC, STUBBS
HOLDINGS LLC, and IAN S. PECK,          **Demand for Complaint**

        Plaintiffs,

        -against-

M. ZACHARY BLUESTONE, BLUESTONE, P.C.,
GLUCK BLUESTONE, P.C., GARY GREENBERG, ART
FUND III LLC, COLORADO ART HOLDINGS LLC, GB
FUND LLC, LOANS ON FINE ART LLC, and LOTUS
INVESTMENT CORP.,

        Defendants.

---------------------------------------------------------------- x

**PLEASE TAKE NOTICE** that Defendant Gluck Bluestone, P.C., by its attorneys

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP,** hereby demands

pursuant to CPLR §3012(b), that you serve a copy of the Complaint upon its attorneys within

twenty (20) days after service of this demand, at the address stated below. In the event that you

fail to respond to this Demand for a Complaint, a motion may be made to dismiss the action.

**PLEASE TAKE FURTHER NOTICE,** that Defendant Gluck Bluestone, P.C.

reserves its rights to assert any and all affirmative defenses applicable herein.

Dated: May 22, 2026

        Respectfully Submitted,

    WILSON ELSER MOSKOWITZ EDELMAN & DICKER

        By: _____ */s/* _____

1

329782052v.1

Dennis Fiore
*Attorneys for Defendants Bluestone, P.C.*
*and Gluck Bluestone, P.C*
150 East 42nd Street
New York, New York 10017
(212) 490-3000

**VIA E-MAIL; OVERNIGHT FEDEX &**
**TO BE FILED WITH THE NEW YORK COUNTY CLERK'S OFFICE**
Goldberg Segalla LLP
ADAM STEWART KATZ
711 Third Avenue,
New York, NY 10017
akatz@goldbergsegalla.com

2

329782052v.1